UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-11622-TBM |
| EARTHSNAP, INC. | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE
PLAN OF REORGANIZATION**

The Debtor and Debtor-in-Possession, EarthSnap, Inc. ("Debtor"), by and through its attorneys, Kutner Brinen Dickey Riley, P.C., moves the Court for entry of an Order extending the date by which the Debtor is required to file its Plan of Reorganization by seventy-five (75) days, through and including September 29, 2023, and in support thereof states as follows:

1. The Debtor filed its Voluntary Petition pursuant to Chapter 11 of the Bankruptcy Code on April 19, 2023 and the Debtor remains a debtor in possession.

2. The Debtor filed a voluntary petition for relief under Chapter 11, Subchapter V, of the Bankruptcy Code on April 19, 2023 ("Petition Date"). The statutory deadline to file a Plan of Reorganization is July 18, 2023. 11 U.S.C. §1189(b).

3. The Bankruptcy Code contemplates an extension of time to file a plan beyond the initial 90 days if "the need for the extension is attributable to circumstances for which the debtor should not justly be held accountable." 11 U.S.C. §1189(b). The Debtor filed this case intending to file its plan within the first 90 days of the Petition Date. Circumstances beyond the Debtor's control, however, have made it difficult for the Debtor to formulate a confirmable plan for the reasons set forth below.

4. First and foremost, the Debtor recently defended a motion for relief from stay and is awaiting a ruling from the Bankruptcy Court. Whether relief from stay is granted or not will have a significant impact on whether the Debtor is able to formulate a feasible Chapter 11 plan. Until a ruling on relief from stay, the Debtor is unable to propose any meaningful budget, as a significant amount of cash will need to be allocated to legal fees and costs. Without knowing this information, the Debtor would have difficulty proposing a realistic budget.

5. Second, the Debtor's affiliate, Earth.com, Inc. has only recently been able to concentrate on maintaining and growing operations. This includes generating income and increasing its search engine optimization or "SEO", as referred to in the industry. Prior to the Petition Date, the Debtor and Earth.com, Inc. spent the majority of their time defending a costly and litigious lawsuit. Since the Petition Date, the

Debtor and Earth.com, Inc. has been able to triple its visibility by taking steps to increase the Earth.com, Inc. SEO. Although Earth.com has been in business for seven years, and the structure for a profitable operation was already in place, Mr. Ralls has not had the ability or manpower to focus on growing its operations. However, since the Petition Date, the Debtor and Earth.com, Inc. have taken steps to monetize its assets for the benefit of creditors and the estate. The Debtor benefits from any increase in traffic on Earth.com, Inc.'s website because Earth.com, Inc. sponsors the Debtor by maintaining links to the Debtor's product, providing accessibility to the Debtor's mobile application, and thereby increasing traffic and revenue for the Debtor.  The problem is that growth does not happen overnight. The Debtor is unable to formulate a confirmable plan with feasible projections without first having sufficient time to feed and grow its operations. This is not a typical situation where the Debtor had a normally operating business pre-Petition Date. The Debtor barely operated pre-Petition Date, just launched its application in April 2023, and is now only beginning to generate the momentum necessary for it to demonstrate its true value.

6. Third, in order to generate revenue and cash flow for the Debtor, the Debtor hired a Chief Strategy Officer, Ebenezer "Ben" Ahama on June 23, 2023. Due to the Debtor's current lack of cash flow, Mr. Ahama agreed to work for the Debtor on a contract basis and will be compensated solely with commissions. Mr. Ahama will not receive any salary or hourly compensation, but will collect 50% of the revenue generated for the Debtor. Mr. Ahama is responsible for developing the best strategy for the Debtor's operations, including creating a steady income stream for the Debtor and maximizing value.  The growth in income stream will not only increase the total value of the Debtor, but it will also increase immediate cash flow. The revenue generated will be used for current operations and will allow the Debtor to establish a track record of income for future payment to creditors.  Mr. Ahama was hired by both Earth.com, Inc. and EarthSnap, Inc. In the short period of time in which Mr. Ahama has become affiliated with the Debtor, he has already finalized an agreement with Kayak.com, which has been accruing revenue since July 13, 2023 and the Debtor will receive cash beginning approximately mid-September 2023 on a net-45 basis. Mr. Ahama has incentive to contract with more advertising partners and increase revenue for the Debtor. Until the Debtor is able to collect and project future income, it will not have sufficient information to propose a meaningful plan. The Debtor's anticipated income will significantly affect any proposed plan and estimated payments to creditors.

7. Fourth, the Debtor has recently received positive press which is anticipated to further increase its exposure and generate revenue. USA Today published an article on June 27, 2023 discussing the Debtor and EarthSnap and how it is raising environmental awareness. The article can be found at:

https://www.usatoday.com/story/special/contributor-content/2023/06/27/greenhouse-gases-surge-earthsnap-founder-eric-rallsurges-environmental-awareness/70360852007/.

8. Fifth, on the same date, an Amazon.com blog published an article discussing the cutting edge technology needed for Earth.com and EarthSnap to properly function. The discusses how Debtor and EarthSnap have invested the time, money, and resources over the years to launch a fully operational website and mobile application. The blog post can be found here: https://aws.amazon.com/blogs/machine-learning/how-earth-com-and-provectus-implemented-their-mlops-infrastructure-with-amazon-sagemaker/.

9. Sixth, the deadline to object to dischargeability for the Debtor is July 24, 2023. Certain parties have already vocalized an intent to file a complaint denying discharge against the Debtor and/or related parties. This deadline is six days after the initial deadline to file a plan. Whether or not the Debtor will have to defend a complaint or be subject to non-dischargeable claims will significantly affect any proposed plan.

10. Lastly, and key to the Debtor's ongoing operations, Earth.com, Inc. is in the process of working the details of a potential use and/or sale agreement with Innovation HQ related to the domain name "Earth.com" ("Domain").  Earth.com, Inc. owns all of the content accessible through Earth.com, however, the rights to use the Domain were subject to a Rent To Own – Domain Name Sale Agreement dated June 27, 2016. While the parties are both working toward the same goal of increasing value in the Earth.com domain, Earth.com, Inc.'s current ability to use the Domain is subject to the whim of Innovation HQ. Earth.com, Inc. is currently in discussions with Innovation HQ and the Debtor believes an agreement for Earth.com, Inc. to continue use of the Domain with Innovation HQ is imminent.

11. The bottom line is that the Debtor's product, the EarthSnap application, was just recently launched in April, 2023, which was facilitated by its ability to turn its focus away from pre-Petition Date litigation in order to focus on growth and generating revenue. The Debtor has not been sitting on its hands, but has instead been doing all it can to build is business for the benefit of the estate and its creditors. Further, EarthSnap and Earth.com have a symbiotic relationship.  Each party refers to each other on their respective platforms, thereby supporting each other's business and increasing visibility. Every person who visits EarthSnap has the ability to click on the Earth.com site. Likewise, every page of Earth.com allows readers to click on the EarthSnap link. The clicks have the potential to generate income for each of the businesses.  The factors necessary for preparing and proposing a feasible and confirmable plan were not in

the Debtor's control.  Due to the nature of the industry, the Debtor needs additional time to demonstrate that it can pay creditors over time. The Debtor has already taken the steps necessary to be able to establish significant increases in revenue by hiring Mr. Ahama.  As a result, this Chapter 11 filing has therefore provided the Debtor with crucial time necessary to build its operations. Further, the Debtor has no control over the timing of this Court's ruling on relief from stay, and has no control over the deadline to object to dischargeability.

12. Accordingly, the Debtor respectfully requests that the Court extend the date by which the Debtor is required to file its Plan of Reorganization by thirty (75) days, through and including September 29, 2023.  Until a plan is filed, the Debtor is willing to provide the Court with a status report as to its ongoing changes in operations on a bi-weekly or monthly basis.

13. The requested extension will not prejudice any parties. The Debtor has requested a response from the United States Trustee, Subchapter V Trustee, and secured creditors regarding any opposition to this extension, but has not yet received a response from the United States Trustee. The Subchapter V Trustee, Joli Lofstedt, has indicated a willingness to consider an extension, but has raised concerns about the Debtor's lack of financial reporting. The Debtor has been working on getting its books up to speed and anticipates filing all of its monthly reports this week or soon thereafter. The Debtor believes that all parties will benefit from a 75 day extension, which will allow the Debtor to make a full and complete analysis of projected revenues as well as legal matters, and be able to prepare and file a feasible and confirmable plan.

WHEREFORE, the Debtor prays the Court makes and enter an Order extending the date by which the Debtor is required to file its Plan by seventy-five (75) days, through and including September 29, 2023, and for such further and additional relief as to the Court may appear just and proper.

Dated: July 17, 2023.                                          Respectfully submitted,

By:/s/ Jenny M.F. Fujii
Jenny M.F. Fujii, #30091
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln St., Suite 1720
Denver, CO  80264
Telephone:  (303) 832-2400
E-Mail: jmf@kutnerlaw.com

## CERTIFICATE OF SERVICE

I certify that on July 17, 2023, I served a complete copy of the foregoing **MOTIONF OR EXTENSION OF TIME TO FILE PLAN OF REORGANIZATION** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Alison E. Goldenberg, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Joli A. Lofstedt, Esq.
Subchapter V Trustee
P.O. Box 270561
Louisville, CO 80027

Patrick R. Akers, Esq.
Timothy Swanson, Esq.
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202

AIS Portfolio Services, LLC
ATTN: Ally Bank Department
4515 North Santa Fe Avenue
Department APS
Oklahoma City, OK 73118

Alan D. Schindler, Esq.
Greenspoon Marder LLP
1144 Fifteenth Street
Suite 2700
Denver, CO 80202

Lynn Hamilton Butler, Esq.
Husch Blackwell LLP
111 Congress Avenue
Suite 1400
Austin, TX 78701

Peter W. Thomas, Esq.
Thomas, P.C.
124 West Hyman Avenue
Suite 1A
Aspen, CO 81611

Hartley T. Bernstein, Esq.
Bernstein Cherney LLP
955 Park Avenue
Fifth Floor West
New York, NY 10028

Steven T. Mulligan, Esq.
Coan Payton & Payne, LLC
999 18th Street
Suite S3100
Denver, CO 80202

Dean E. Richardson, Esq.
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202

Elissa Miller
Greenspoon Marder LLP
333 South Grand Avenue
Suite 3400
Los Angeles, CA 90071

K. Jamie Buechler, Esq.
Buechler Law Office, LLC
999 18th Street
Suite 1230 South
Denver, CO 80202

Lacey S. Bryan, Esq.
Markus Williams Young & Hunsicker, LLC
1775 Sherman Street
Suite 1950
Denver, CO 80203

/s/Vicky Martina
Vicky Martina
Kutner Brinen Dickey Riley PC