UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-11622-TBM |
| EARTHSNAP, INC. | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME
TO FILE PLAN OF REORGANIZATION**

This matter having come before the Court on the Debtor's Motion for Extension of Time to File Plan of Reorganization ("Motion"), the Court having reviewed the Motion and finding good cause for granting the requested relief, the Court does hereby

ORDER that:

1. The Motion is GRANTED;

2. The Debtor shall file its Plan of Reorganization on or before September 29, 2023.

Done and entered this _____ day of July, 2023.

_____
Honorable Thomas B. McNamara
United States Bankruptcy Judge