EarthSnap, Inc.
List of Class 2 General Unsecured creditors

| Creditor | Claim No. | Claim Amount | Notes |
|---|---|---|---|
| Adjust | | $ 30,000.00 | |
| AdRizer | | $ 141,132.91 | |
| Amazon Web Services, Inc. | 4-1 | $ 140,480.01 | |
| Amity North America | | $ 21,800.00 | |
| Brian Funk | 5-1 | $ 266,916.21 | 1 |
| DEJ Partners, LLC | 6-1 | $ 11,030,832.16 | 2 |
| HI Investments, LLC | 7-1 | $ 1,246,000.00 | 3 |
| Neugeboren O'Dowd PC | | $ 10,000.00 | |
| Phiture GmbH | 2-1 | $ 57,000.00 | |
| PlantSnap | | unknown | 4 |
| Podoll & Podoll, P.C. | | $ 15,000.00 | |
| Provectus, Inc. | 3-1 | $ 224,359.57 | |
| | | | |
| Total | | $ 13,012,387.95 | |

Notes:
1. This claim is alleging a reverse alter ego claim as a result of a judgment against Eric Ralls individually. The Debtor disputes this claim.
2. This claims is subject to litigation claims and counterclaims, and is disputed and subject to offset.
3. This claim seems to be alleging liability based on an alter ego claim. All the relevant loan docs do not establish privity with this debtor.
4. This is a litigation claim that may be subject to offset receivables owed to the Debtor.