**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

In re:

EARTHSNAP, INC.,

Debtor.

Bankruptcy Case No. 23-11622 TBM
Chapter 11 (Subchapter V)

---

**ORDER DENYING CONFIRMATION OF PLAN AND**
**FOR COMPLIANCE WITH 11 U.S.C. § 1190(1)(C)**

---

THIS MATTER comes before the Court on the "Plan Dated July 18, 2023 for Small Business Under Chapter 11, Subchapter V" (Docket No. 54, the "Plan") filed by the Debtor, Eric Ralls (the "Debtor") on July 18, 2023.

Pursuant to 11 U.S.C. § 1190(1), a plan filed under Subchapter V of Chapter 11 shall include:

(A) a brief history of the business operations of the debtor;
(B) a liquidation analysis; and
(C) projections with respect to the ability of the debtor to make payments under the proposed plan of reorganization.

The Court has reviewed the Plan and has determined that it does not meet the requirements of 11 U.S.C. § 1190(1)(C) because it does not contain any projections with respect to the ability of the Debtor to make payments under the Plan. Without such required information, consideration of the Plan by the Court, creditors, and other parties in interest would be a waste of time and resources. It is, therefore,

ORDERED that confirmation of the Plan is DENIED.

FURTHER ORDERED that the Debtor shall submit a Plan that is fully compliant with 11 U.S.C. § 1190 by no later than **August 11, 2023**. It is

FURTHER ORDERED that the "Motion for Extension of Time to File Plan of Reorganization" (Docket No. 53) is DENIED as moot.

DATED this 21st day of July, 2023.

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara,
United States Bankruptcy Judge